# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Carlos Lavon Ebron					Docket No. 7:03-CR-121-1F

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carlos Lavon Ebron, who, upon an earlier plea of guilty to 18 U.S.C. § 922(g)(1), Possession of Firearms and Ammunition by a Convicted Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on October 21, 2004, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 5 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall participate in a vocational training program as directed by the probation office.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Carlos Lavon Ebron was released from custody on December 3, 2014, at which time the term of supervised release commenced.

On March 23, 2015, a Petition for Action on Supervised Release was filed documenting cocaine use on March 2, 2015. As a sanction for this violation conduct, service of 2 days in jail (unserved) and participation in substance abuse treatment were ordered.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on March 18, 2015, was positive for cocaine. When this officer confronted Ebron about illicit drug use, he admitted that he used cocaine on March 15, 2015. As a sanction for this violation conduct, service of 5 days in jail and participation in substance abuse treatment are recommended.

Carlos Lavon Ebron
Docket No. 7:03-CR-121-1F
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 consecutive days. He shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401<br>Phone: (910) 679-2030<br>Executed On: March 26, 2015 |

### ORDER OF COURT

Considered and ordered this 26th day of March, 2015, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge