UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Carlos Lavon Ebron**  Docket No. 7:03-CR-121-1F

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carlos Lavon Ebron, who upon an earlier plea of guilty to Possession of Firearms and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on October 21, 2004, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Carlos Lavon Ebron was released from custody on December 3, 2014, at which time the term of supervised release commenced.

On March 23, 2015, a Petition for Action on Supervised Release was filed documenting cocaine use on March 2, 2015. As a sanction for this violation conduct, service of 2 days custody and participation in substance abuse treatment were ordered.

On March 26, 2015, a Petition for Action on Supervised Release was filed documenting cocaine use on March 15, 2015. As a sanction for this violation conduct, service of 5 days custody and participation in substance abuse treatment were ordered.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on June 10, 2016, was positive for cocaine. When this officer confronted Ebron about illicit drug use, he admitted that he used cocaine on June 9, 2016. As a sanction for this violation conduct, service of 10 days custody and participation in substance abuse treatment are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 consecutive days. He shall abide by all rules and regulations of the designated facility.

Carlos Lavon Ebron
Docket No. 7:03-CR-121-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: June 27, 2016

### ORDER OF THE COURT

Considered and ordered this 27th day of June, 2016, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge